```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT BLUEFIELD
```

TONYA JUSTICE, as Administratrix
on behalf of the Estate of
TONEY WALTER KENNEDA,

    Plaintiff,

v.                          CIVIL ACTION NO. 1:23-00211

REHABILITATION HOSPITAL
CORPORATION OF AMERICA, LLC,

    Defendant.

## ORDER

Pending before the court is plaintiff's motion for leave to file Exhibit A under seal.  See ECF No. 12.  For good cause shown and there being no objection by defendant, that motion is **GRANTED**.

The Clerk is directed to send a copy of this Order to counsel of record.

**IT IS SO ORDERED** this 10th day of July, 2023.

                                            ENTER:

                                            */s/ David A. Faber*
                                            David A. Faber
                                            Senior United States District Judge